Eastern District of Kentucky
**FILED**

APR 24 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE**

**UNITED STATES OF AMERICA**

V.  INDICTMENT NO. 7:25-cr-019-DLB

**JORDAN A. COBB**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2422(b)

In or about April and May 2023, the exact date unknown, in Magoffin County, in the Eastern District of Kentucky,

**JORDAN A. COBB**

did attempt to knowingly persuade, induce, entice, or coerce an individual under the age of 18, using a means or facility of interstate commerce, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Rape in the Third Degree under Kentucky Revised Statute § 510.060, all in violation of 18 U.S.C. § 2422(b).

### COUNT 2
### 18 U.S.C. § 2261A

On or about June 2, 2024, and continuing until on or about June 13, 2024, in Magoffin County, in the Eastern District of Kentucky,

**JORDAN A. COBB,**

with the intent to harass or intimidate another person under the age of 18 years old, used

an interactive computer service or electronic communication service of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to that person, all in violation of 18 U.S.C. §§ 2261A and 2261B.

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**Count 1:** Not less than 10 years and not more than life imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years up to life.

**Count 2:** Not more than 10 years imprisonment, a fine of not more than $250,000, and a term of supervised release for not more than 3 years.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses within Chapter 117 of the United States Code.

**PLUS:** Restitution, if applicable.